LOUISA LEWIS *et al.*, Respondents, v. HENRY N. HART, ADMINISTRATOR OF ELIZABETH DICKERSON *et al.*, Appellants.

1. Judgment affirmed for failure to assign errors.

### Appeal from St. Louis Circuit Court.

BATES, Judge, delivered the opinion of the court.

The transcript of the record in this case was filed on the 29th of September, 1860, and no assignment of errors has yet been filed. On motion of respondent, the judgment is affirmed; all the judges concurring.